No. 83–5795. SCHINDLER v. CLERK OF CIRCUIT COURT, CHIPPEWA COUNTY, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–5820. FLOMENHOFT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–5844. ALBRIGHT v. BORDENKIRCHER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 83–5848. DOLL v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 83–5889. MCGILL v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 83–5919. MEYER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–5958. KEEFE, AS GUARDIAN AD LITEM AND NEXT FRIEND OF THREE JUVENILES v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 83–5963. KANE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5992. ISRAEL ET UX. v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 83–6011. WRIGHT ET AL. v. LONDON GROVE TOWNSHIP. C. A. 3d Cir. Certiorari denied.

No. 83–6014. LUCIEN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 83–6015. FRANKLIN v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.